Mark Mausert
NV Bar No. 2398
Sean McDowell
NV Bar No. 15962
729 Evans Avenue
Reno, NV 89512
(775) 786-5477
Fax (775) 786-9658
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM O'DONOHUE, JANE FISHER & LORRAINE BENUTO,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO,<br><br>Defendants. | Case No.: 3:25-cv-00014-MMD-CLB<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE A JOINT CASE MANAGEMENT REPORT (FIRST REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 16, LR IA 6-2, LR 7-1 and LR 26-3, Plaintiffs WILLIAM O'DONOHUE, JANE FISHER & LORRAINE BENUTO ("Plaintiffs") and Defendants STATE OF NEVADA ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO ("Defendants") hereby requests a one-week extension of time, up to and including March 28, 2025, for the parties to file a Joint Case Management Report, per Magistrate Judge Carla Baldwin's Order (ECF No. 14). The present deadline for the parties to file the Joint Case

STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE A JOINT CASE MANAGEMENT REPORT (FIRST REQUEST) - 1

Management Report is March 21, 2025. Pursuant to LR 26-3, the parties submit that they have good cause for not submitting this stipulation by February 28, 2025 which is the date that is 21 days from the current deadline of March 21, 2025. As of February 28, 2025, the parties were unaware of the need for the stipulation which only arose today, March 18, 2025. As soon as the parties recognized that they would need additional time to file the Joint Case Management Report, the parties met and conferred, prepared this stipulation and proposed order and filed the stipulation and proposed order for the Court's review.

      The parties respectfully request this extension due to Lead Counsel for Plaintiffs handling the case is on vacation this week and Lead Counsel for Defendants is out of the country. This request is not for the purpose of delay. Therefore, the parties respectfully request a one-week extension of time, up to and including March 28, 2025, for the parties to file a Joint Case Management Report.

DATED this 18th day of March, 2025.  
MARK MAUSERT LAW OFFICE

By: /s/ Mark Mausert  
MARK MAUSERT  
SEAN McDOWELL  
729 Evans Avenue  
Reno, Nevada 89512

*Attorneys for Plaintiff*

DATED this 18th day of March, 2025.  
UNIVERSITY OF NEVADA, RENO

By: /s/ Scott Husbands  
FRANK Z. LAFORGE  
SCOTT H. HUSBANDS  
1664 N. Virginia Street/MS0550  
Reno, Nevada 89557-0550

*Attorneys for Defendants*

IT IS SO ORDERED:

_____  
UNITED STATES MAGISTRATE JUDGE

DATED: _____

STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO FILE A JOINT CASE MANAGEMENT REPORT (FIRST REQUEST) - 2