Frank Z. LaForge (SBN 12246)
Scott H. Husbands (SBN 11398)
University of Nevada, Reno
1664 N. Virginia Street/MS0550
Reno, Nevada 89557-0550
(775) 784-3512
(775) 327-2202 fax
flaforge@unr.edu
shusbands@unr.edu

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM O'DONOHUE, JANE FISHER & LORRAINE BENUTO<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO,<br><br>Defendants. | Case No. 3:25-cv-00014-MMD-CLB<br><br>**NOTICE OF PLAINTIFF LORRAINE BENUTO'S ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FRCP 68** |

Defendant Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Reno ("UNR") hereby files Plaintiff Lorraine Benuto's April 24, 2025 Notice of Acceptance of UNR's April 11, 2025 Offer of Judgment pursuant to FRCP 68(a), which are attached as **Exhibits 1** and **2** respectively. The Parties have complied with Items 1 through 3 of the Offer of Judgment. UNR notes that the Offer of Judgment explicitly provides that it "is not an admission of liability by UNR, but rather is made solely for the purpose of compromising a disputed claim."

DATED this 5th day of May, 2025.

/s/ Frank Z. LaForge
Frank Z. LaForge (SBN 12246)
Scott H. Husbands (SBN 11398)
Assistant General Counsel
University of Nevada, Reno
1664 N. Virginia Street/MS0550
Reno, Nevada 89557-0550
(775) 784-3512
(775) 327-2202 fax
flaforge@unr.edu
shusbands@unr.edu

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the University of Nevada, Reno, over the age of eighteen years, that I am not a party to the within action, and that on the 5th day of May, 2025, I electronically filed the attached OFFER OF JUDGMENT (Exhibit 1) and ACCEPTANCE OF OFFER OF JUDGMENT (Exhibit 2) with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following and/or by U.S. mail, postage prepaid, addressed as follows:

Mark Mausert
Sean McDowell, Esq.
Robert Hager, Esq.
729 Evans Avenue
Reno, Nevada 89512
mark@markmausertlaw.com
sean@markmausertlaw.com
mr@rhager.com
*Attorney for Plaintiff*

/s/ Pamela L. Stanley
Employee of the University of Nevada, Reno
of the Nevada System of Higher Education

3

O'Donohue, et al. v. State of Nevada Ex. Rel. Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada Reno
3:25-CV-00014-MMD-CLB

## INDEX TO EXHIBITS

1. Offer of Judgment dated April 11, 2025
2. Acceptance of Offer of Judgment dated April 24, 2025