# Exhibit 1

# Offer of Judgment dated April 11, 2025

Frank Z. LaForge (SBN 12246)
Scott H. Husbands (SBN 11398)
University of Nevada, Reno
1664 N. Virginia Street/MS0550
Reno, Nevada 89557-0550
(775) 784-3512
(775) 327-2202 fax
flaforge@unr.edu
shusbands@unr.edu

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM O'DONOHUE, JANE FISHER & LORRAINE BENUTO<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF NEVADA EX REL. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION, ON BEHALF OF THE UNIVERSITY OF NEVADA RENO,<br><br>Defendants. | Case No. 3:25-cv-00014-MMD-CLB<br><br>**UNR'S OFFER OF JUDGMENT TO PLAINTIFF LORRAINE BENUTO** |

TO PLAINTIFF LORRAINE BENUTO AND HER ATTORNEYS OF RECORD:

Defendant Board of Regents of the Nevada System of Higher Education on behalf of the University of Nevada, Reno ("UNR"), hereby offers to allow entry of judgment to be taken against it pursuant to Rule 68 of the Federal Rules of Civil Procedure as follows:

1. A judgment in favor of Plaintiff Lorraine Benuto, individually, against UNR in the total sum of $99,000, shall include all costs, pre-judgment interest and attorney's fees accrued by Benuto to date.

2. Benuto must submit a letter of resignation from her employment at UNR within 3 days of accepting this offer, effective immediately.

1

3. Upon receipt of such letter of resignation, UNR shall terminate the current disciplinary proceedings brought against Benuto and scheduled for hearing on April 28–30, 2025.

4. Benuto shall withdraw any currently pending complaints, charges, or grievances against UNR that she has submitted to any entity, including but not limited to the Equal Employment Opportunity Commission, Nevada Equal Rights Commission, or the American Psychological Association within 14 days of accepting this offer.

If Benuto does not accept this offer, it shall be deemed rejected and withdrawn by UNR. If Benuto thereafter fails to recover a more favorable judgment, UNR shall seek to recover all costs and attorney's fees incurred from the date of this Offer of Judgment through the conclusion of the litigation. To accept this offer, Benuto must serve written notice of acceptance thereof within 14 days of the date this offer is served. Upon acceptance of this offer, UNR reserves the right to pay the offered amount and to request dismissal of Benuto's claims in lieu of entry of judgment, as permitted under Rule 68.

This offer is not an admission of liability by UNR, but rather is made solely for the purpose of compromising a disputed claim.

DATED this 11th day of April, 2025.

/s/ Frank Z. LaForge
Frank Z. LaForge (SBN 12246)
Scott H. Husbands (SBN 11398)
Assistant General Counsel
University of Nevada, Reno
1664 N. Virginia Street/MS0550
Reno, Nevada 89557-0550
(775) 784-3512
(775) 327-2202 fax
flaforge@unr.edu
shusbands@unr.edu

**Attorneys for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the University of Nevada, Reno, over the age of eighteen years, that I am not a party to the within action, and that on the 11th day of April, 2025, I electronically served the foregoing UNR'S OFFER OF JUDGMENT TO PLAINTIFF LORRAINE BENUTO to the following electronic mail address and/or by U.S. mail, postage prepaid, addressed as follows:

Mark Mausert
Sean McDowell, Esq.
729 Evans Avenue
Reno, Nevada 89512
mark@markmausertlaw.com
sean@markmausertlaw.com
*Attorney for Plaintiff*

/s/ Pamela L. Stanley
Employee of the University of Nevada, Reno
of the Nevada System of Higher Education