# Exhibit 2
# Acceptance of Offer of Judgment dated April 24, 2025

Mark Mausert
NV Bar No. 2398
Sean McDowell, Esq.
NV Bar No. 15962
729 Evans Avenue
Reno, Nevada 89512
(775) 786-5477
mark@markmausertlaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM O'DONOHUE, JANE FISHER & LORRAINE BENUTO, | Case No.: 3:25-cv-00014-MMD-CLB |
| Plaintiffs, | |
| vs. | **ACCEPTANCE OF OFFER OF JUDGMENT TO PLAINTIFF LORRAINE BENUTO** |
| STATE OF NEVADA, ex rel. BOARD OF REGENTS OF THE NEVADA SYSTEM OF HIGHER EDUCATION on behalf of the UNIVERSITY OF NEVADA RENO, | |
| Defendant. | |

COMES NOW plaintiff, Lorraine Benuto, through counsel, and hereby accepts, per Federal Rule of Civil Procedure 68, defendant's Offer of Judgment, dated April 11, 2025, and signed by defendant's attorney, Frank Z. LaForge, Esq. (SBN 12246), in Case No. 3:25-cv-00014-MMD-CLB. This Acceptance is executed and provided to defendant, i.e., provided to defendant's attorney(s) via hand-delivery to the office of defendant's attorneys, and via email. Plaintiff Benuto, per Federal Rule of Civil Procedure 68, hereby accepts defendant's Offer of Judgment, inclusive of defendant's offer "to allow entry of judgment to be taken against it pursuant to Rule 68 of the Federal Rules of Civil Procedure".

DATED this 24TH day of April, 2025.

*[signature: Mark Mausert]*

Mark Mausert
729 Evans Avenue
Reno, NV 89512
TELEPHONE:(775) 786-5477
*Attorney for Plaintiff Lorraine Benuto*

Page 1