AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

William O'Donohue, et al.,

          Plaintiffs,

v.

State of Nevada, ex rel. Board of Regents et al

          Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 3:25-cv-00014-MMD-CLB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Plaintiff Lorraine Benuto, individually, against UNR in the total sum of $99,000, shall include all costs, pre-judgment interest and attorney's fees accrued by Benuto to date.

6/30/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ JQC  
Deputy Clerk